PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SANDRA COPELAND, | ) |
| | ) CASE NO. 4:17CV1187 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| HCC LIFE INSURANCE COMPANY, *et al.*, | ) |
| | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| Defendants. | ) **ORDER** [Resolving ECF No. 26] |

Pending before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. ECF No. 26. During the January 8, 2018 Telephonic Status Conference, Plaintiff orally moved for an enlargement of the case management cutoff dates by sixty (60) days. Plaintiff's motions are unopposed.

For good cause shown, Plaintiff's Motion for Leave to File Second Amended Complaint is granted. *See* Fed. R. Civ. P. 15(a)(2). Plaintiff shall file and serve its Second Amended Complaint forthwith. All remaining case management cutoff dates are enlarged by sixty (60) days. Accordingly, the Court sets the following revised case management cut-off dates:

1. The cut-off for all discovery is March 16, 2018.

2. The cut-off for filing dispositive motions is April 23, 2018.

3. Responses shall be filed by May 23, 2018.

4. Replies shall be filed by June 6, 2018.

(4:17CV1187)

5. Stipulations as to all uncontested facts to be presented by the dispositive motion shall be filed by April 23, 2018.

Another Telephonic Status Conference is scheduled for February 12, 2018 at 4:00 p.m. The agenda for the Telephonic Status Conference includes setting a trial date, the status of the case, discussion of whether the case is suitable for mediation, and any other topics that warrant the Court's attention. Plaintiff's counsel shall arrange the telephonic communication. Not later than 7 days from the issuance of this Order, for counsel having already made appearance, and not later than February 12, 2018, for those subsequently appearing, the Court expects recently joined counsel to review and provide notice of their consent to the stipulations on record— Stipulation Regarding Inadvertent Disclosure ([ECF No. 28](#)) and Stipulated Protective Order—or offer modification, after consultation with all counsel. ([ECF No. 13](#)).

IT IS SO ORDERED.

| January 9, 2018 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |