PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA COPELAND, | ) | |
| | ) | CASE NO.  4:17CV1187 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| HCC LIFE INSURANCE COMPANY, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On April 19, 2018, the Court was informed by counsel for Defendant HCC Life Insurance Company that the parties have reached a settlement.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before May 21, 2018, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Telephonic Status Conference set on May 3, 2018  is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
|  April 20, 2018 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |